The Government offered nothing in rebuttal.

At the close of the testimony the Government submitted a motion to dismiss for failure to comply with the statute in that the purchase was made in United States currency whereas the invoice is made out in the currency of Poland. However, in its brief it abandoned such motion and the same is hereby overruled.

Based upon the testimony in the case the court finds that the usual wholesale quantity of these dried mushrooms in Warsaw, the principal market, was one case or more. Further, that the freely offered for sale price for export to the United States was 6 zlotys per kilo, packed, less freight to Gdynia, insurance, and consular fee as invoiced, and that the foreign value was no higher.

The court therefore finds the dutiable value of this merchandise to be the export value as defined in section 402 (d) of the Tariff Act of 1930, at 6 zlotys per kilo, packed, less freight to Gdynia, insurance, and consular fee as invoiced.

Judgment will be rendered accordingly. It is so ordered.

**REHEARING MOTION GRANTED**

DECEMBER 13, 1939

No. 4692.

*General Aniline Works, Inc.* v. *United States.* Not published. Motion by plaintiff.